COM.

v.

**KIMBLE, R.**

**963 WDA 2016**

Superior Court of Pennsylvania.

05/23/2017

CP–02–CR–0009706–2014, CP–02–CR–0010820–2014, CP–02–CR–0013586–2014 (Allegheny)

Affirmed—Application to Withdraw as Counsel Granted

**MCCAFFERTY, D.**

v.

**SEVEN OAKS**

**1103 WDA 2016**

Superior Court of Pennsylvania.

05/23/2017

10313–2015 (Beaver)

Affirmed

**CORTES, C.**

v.

**CORTES, A.**

**1413 WDA 2016**

Superior Court of Pennsylvania.

05/23/2017

97–002377–008 (Allegheny)

Affirmed

**COM.**

v.

**ELLIS, R.**

**1642 WDA 2016**

Superior Court of Pennsylvania.

05/23/2017

CP–25–CR–0002327–2013 (Erie)

Remanded Jurisdiction Retained

**COM.**

v.

**LANCIANO, M.**

**218 EDA 2015**

Superior Court of Pennsylvania.

05/24/2017

CP–23–CR–0007797–2010 (Delaware)

Vacated/Remanded